UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FINJAN, INC.,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 1:20-MC-0652-RP |
| | § | |
| **SONICWALL, INC.,** | § | |
| *Defendant* | § | |

**O R D E R**

Now before the Court are Plaintiff Finjan, Inc.'s Expedited Opposed Motion To Compel Nonparty Dell, Inc. To Comply with Document and Deposition Subpoenas, filed on June 22, 2020 (Dkt. 1), and the Opposed Motion of Dell Inc. to extend its time to respond to Finjan's motion (Dkt. 10). On June 23, 2020, the District Court referred Finjan's motion and all related filings to the undersigned for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

Dell's Opposed Motion for an extension of time to respond (Dkt. 10) is hereby **DENIED**.

Dell and the parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court **by telephone** for a hearing on the pending motion on **Wednesday, July 1, 2020 at 2:30 p.m. Central Daylight Time**. The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

The Court encourages the parties and Dell to resolve their dispute before the hearing. The hearing also is subject to cancellation should the Court find that the Motion can be resolved based on the written submissions after Dell has filed its response.

**SIGNED** on June 25, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE