IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FINJAN, INC., | § § § | |
| Plaintiff/Movant, | § § | |
| v. | § | 1:20-CV-652-RP |
| SONICWALL, INC., | § § § | |
| Defendant, | § § | |
| DELL, INC., | § § § | |
| Respondent. | § § | |

## ORDER

United States Magistrate Judge Susan Hightower ruled on the motion to compel giving rise to this case (which was formerly designated a miscellaneous rather than civil case) on July 2, 2020. (Mot. Compel, Dkt. 1; Docket Entry, July 1, 2020; Order, Dkt. 29; *see also* Text Order, June 23, 2020 (referring the motion to compel to Judge Hightower for disposition)). In her Order, Judge Hightower instructed Respondent Dell, Inc. to produce responsive documents by July 15, 2020,[1] and returned the case to the undersigned's docket. (Order, Dkt. 29, at 3–4). No party filed any motions, notices, or other documents after Judge Hightower's order.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 23, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The order listed "July 15, 2000"; the Court interprets that date from context as July 15, 2020. (Order, Dkt. 29, at 3).